**Jeffrey A. EARLES, Claimant– Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent– Appellee.**

**No. 2011–7206.**

United States Court of Appeals, Federal Circuit.

Dec. 6, 2011.

## ON MOTION

### ORDER

Jeffrey A. Earles moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.